

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BRAZOS ELECTRIC POWER COOPERATIVE, INC., | § | No. 08-16-00069-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 98th District Court |
| | § | |
| TEXAS COMMISSION ON ENVIRONMENTAL QUALITY and | § | of Travis County, Texas |
| RICHARD A. HYDE, Executive Director of TCEQ, | | (TC# D-1-GN-14-004531) |
| | § | |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF SEPTEMBER, 2017.


YVONNE T. RODRIGUEZ, Justice

Before Rodriguez, J., Palafox, J., and Larsen, Senior Judge
Larsen, Senior Judge (Sitting by Assignment)
Palafox, J. Dissenting